**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CATHERINE NGUYEN, individually and on
behalf of all others similarly situated,

                   Plaintiff,

     -against-                                       22 **CIVIL** 13 (KPF)

                                                      **JUDGMENT**

ALGENIST LLC,

                  Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 28, 2022, because Plaintiff has not stated a claim for deceptive practices, false advertising, or breach of express warranty, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       November 28, 2022

                                                              **RUBY J. KRAJICK**

                                                                 _____
                                                                   **Clerk of Court**

                             **BY:**       *K. Mango*

                                                                    _____
                                                                   **Deputy Clerk**